UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAYLEY BAILEY, a minor,
KARI BAILEY, an individual;
EDDIE BAILEY, an individual,

                                    NO. CIV. S-08-543 LKK/KJM

        Plaintiffs,

    v.

COUNTY OF SAN JOAQUIN, SAN
JOAQUIN COUNTY SHERIFF'S
DEPARTMENT; SHERIFF STEVE
MOORE, DEPUTY SHERIFF TERRY            O R D E R
BREITMAIER; and DOES 1-50,
inclusive,

        Defendants.

_____/

      Pending before the court is the parties' stipulation to amend the scheduling order. The court held a telephonic conference on March 16, 2009 to address the stipulation, in which counsel for both parties participated. Based on their representations and good cause appearing, the scheduling order is AMENDED as follows:

      1.    All discovery SHALL be conducted so as to be completed not later than September 16, 2009. Motions to compel

1

shall be noticed and served so as to be heard by the magistrate judge not later than August 16, 2009.

2. Experts SHALL be designated and their reports submitted not later than sixty days prior to the close of discovery.

3. All dispositive motions SHALL be noticed and served so as to be heard not later than November 16, 2009.

4. The pretrial conference is SET to February 16, 2010 at 2:00 PM.

5. The trial is SET to May 18, 2010. The parties represent in good faith that the trial will last seven (7) days.

All other provisions of the scheduling order remain unchanged.

IT IS SO ORDERED.

DATED:  March 17, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT