| | |
|---|---|
| 1 | **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN** |
| | A Professional Corporation |
| 2 | 2453 Grand Canal Boulevard, Second Floor |
| | Stockton, California 95207-8253 |
| 3 | Telephone (209) 477-3833 |
| | MARK E. BERRY, ESQ. |
| 4 | CA State Bar No. 155091 |
| | BRENT Y. JO, ESQ. |
| 5 | CA State Bar No. 260490 |
| 6 | Attorneys for Defendants, COUNTY OF SAN JOAQUIN, SAN JOAQUIN |
| | COUNTY SHERIFF'S DEPARTMENT, SHERIFF STEVE MOORE, |
| 7 | and DEPUTY SHERIFF TERRY BREITMAIER |
| 8 | |
| | **THE CARDOZA LAW OFFICES** |
| 9 | 1220 Oakland Blvd., Suite 200 |
| | Walnut Creek, CA 94596 |
| 10 | Tel: (925) 274-2900 |
| | Michael E. Cardoza, Esq. (SBN 52264) |
| 11 | Jacqueline C. Fagerlin, Esq. (SBN 187732) |
| | Tiffany O'Connor, Esq. (SBN 232507) |
| 12 | |
| | Attorneys for Plaintiffs, HAYLEY BAILEY, a minor, KARI BAILEY, |
| 13 | an individual; EDDIE BAILEY, an individual |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **HAYLEY BAILEY, a minor, KARI BAILEY, an individual; EDDIE BAILEY, an individual,** | ) | No. 2:08-cv-00543-LKK-KJM |
| | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| Plaintiffs, | ) | **ORDER MODIFYING SETTLEMENT** |
| | ) | **CONFERENCE SCHEDULE** |
| vs. | ) | |
| | ) | |
| **COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT ; SHERIFF STEVE MOORE, DEPUTY SHERIFF TERRY BREITMAIER ; and DOES I-50, inclusive,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PDF created with pdfFactory trial version www.pdffactory.com

1   All parties to the above entitled action, through counsel, stipulate and agree and
2   respectfully request modification of the Court's Pre-Trial Order based on good cause as discussed
3   herein.
4   In the court's Pre-Trial Order, it ordered that a Settlement Conference is to take place on
5   April 2, 2010 at 2:00 p.m. before the Honorable Judge Mendez.
6   The parties have agreed to participate in Mediation before the Honorable Raul A. Ramirez
7   (ret.) on March 25, 2010.
8   Due to a scheduling conflict, attorneys for the plaintiffs will be unavailable at the time of
9   the Settlement Conference as it is currently scheduled. Judge Mendez's clerk, Harry Vine, has
10  been consulted, and the Court's calendar is open such that the Settlement Conference may be held
11  on April 23, 2010 at 2:00 p.m.
12  By agreement, the parties stipulate to continuing the Settlement Conference to April 23,
13  2010 at 2:00 p.m.
14  The parties therefore jointly propose that the court's Pre-Trial Order be modified so that
15  the Settlement Conference will take place on April 23, 2010 at 2:00 p.m.
16  No party had made a prior request for modification of the court's Pre-Trial Scheduling
17  Order.

Respectfully Submitted,

STIPULATED AND AGREED:

DATED:  March 10, 2010          **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**


/s/ Mark E. Berry
MARK E. BERRY
Attorney for Defendants, COUNTY OF SAN JOAQUIN,
SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF STEVE MOORE, and DEPUTY SHERIFF
TERRY BREITMAIER

Page 2
STIPULATION AND [PROPOSED] ORDER MODIFYING SETTLEMENT CONFERENCE SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: March 10, 2010 | **THE CARDOZA LAW OFFICES** |

/s/ Tiffany O'Connor
TIFFANY O'CONNOR
Attorney for Plaintiff, HAYLEY BAILEY, a minor, KARI BAILEY, an individual; EDDIE BAILEY, an individual

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Pursuant to stipulation, good cause based on the necessity of the parties to be present at the Settlement Conference in compliance with the court's Pre-Trial Order, the court hereby grants the parties' Stipulation and orders the following modifications to the Pre-Trial Scheduling Order in the above noted matter:

1. The Settlement Conference shall be continued to April 23, 2010 at 2:00 p.m.

2. The parties confidential settlement statements shall be submitted on or before April 16, 2010.

3. No other date shall be affected by the court's modification of the Pre-Trial Scheduling Order.

IT IS SO ORDERED.

DATED: March 12, 2010        /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com