1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  HAYLEY BAILEY, a minor;
    KARI BAILEY, an individual;
11  EDDIE BAILEY, an individual,
                                        NO. Civ.S-08-543LKK/KJM
12          Plaintiffs,

13      v.                              **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER**
14  SAN JOAQUIN COUNTY; SAN             **NOTIFICATION OF SETTLEMENT**
    JOAQUIN COUNTY SHERIFF'S
15  DEPARTMENT; SHERIFF STEVE
    MOORE; DEPUTY SHERIFF
16  TERRY BREITMAIER; and
    DOES 1 through 50, inclusive,
17
            Defendants.
18
                                    /
19
20      Counsel for plaintiffs has filed a Notice of Settlement in the
21  above-captioned case.  The court now orders that the dispositional
22  documents disposing of the case be filed no later than sixty (60)
23  days from the effective date of this order. All hearing dates
24  heretofore set in this matter are hereby **VACATED.**
25      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
26  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

                                    1

1  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2      IT IS SO ORDERED.

3      DATED:  March 30, 2010.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```