UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAYLEY BAILEY, a minor,
KARI BAILEY, an individual;
EDDIE BAILEY, an individual,

        NO. CIV. S-08-543 LKK/KJM

    Plaintiffs,

  v.

COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; SHERIFF STEVE MOORE, DEPUTY SHERIFF TERRY BREITMAIER; and DOES 1-50, inclusive,

        O R D E R

    Defendants.

/

On March 29, 2010, the court ordered that the dispositional documents disposing of this case be filed within sixty (60) days. The court is set to hear the motion to approve a compromise of minor Hayley Bailey's claims on June 7, 2010. Further, on May 20, 2010, plaintiff sent a letter to the court requesting that the deadline to file dispositional documents be extended until July 30, 2010, because the earliest defendants could disperse the settlement

1

```
 1  check is July 9, 2010.
 2       For the foregoing reasons, the court orders that the deadline
 3  for submission of dispositional documents is extended to July 9,
 4  2010.
 5       IT IS SO ORDERED.
 6       DATED:  June 1, 2010.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2