UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAYLEY BAILEY, a minor,
KARI BAILEY, an individual;
EDDIE BAILEY, an individual,

                                     NO. CIV. S-08-543 LKK/KJM

         Plaintiffs,

     v.

COUNTY OF SAN JOAQUIN, SAN
JOAQUIN COUNTY SHERIFF'S
DEPARTMENT; SHERIFF STEVE
MOORE, DEPUTY SHERIFF TERRY                   O R D E R
BREITMAIER; and DOES 1-50,
inclusive,

         Defendants.

_____/

     On June 7, 2010, the court held a hearing on plaintiffs'

motion to approve the settlement of a minor, Dkt. No. 51. The court

ORDERS plaintiffs to file supplemental evidence and briefing on the

following issues within twenty-one (21) days of the issuance of

this order:

     (1)   A declaration from minor plaintiff Hayley Bailey's most

            recent medical and/or psychological care provider

1

1           concerning her predicted future psychological treatment

2           and his or her certainty that the plaintiff will not

3           suffer from post traumatic stress disorder in the

4           future. This declaration shall be filed under seal.

5    (2)   A brief indicating the discount value rate applied to

6           calculate the present value of the minor plaintiff's

7           structured settlement, how this rate was determined, why

8           this rate is fair, and from what date the present value

9           was calculated.

10    Further, the court instructs the Clerk of Court to seal

11  plaintiffs' motion to approve the settlement of a minor, Dkt. No.

12  51..

13    IT IS SO ORDERED.

14    DATED:  June 8, 2010.

15

16

17                    LAWRENCE K. KARLTON

18                    SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

2