UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAYLEY BAILEY, a minor,
KARI BAILEY, an individual;
EDDIE BAILEY, an individual,

           Plaintiffs,

    v.

COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; SHERIFF STEVE MOORE, DEPUTY SHERIFF TERRY BREITMAIER; and DOES 1-50, inclusive,

           Defendants.

_____/

NO. CIV. S-08-543 LKK/KJM

O R D E R

On June 7, 2010, this court held a hearing on plaintiffs' motion to approve the settlement of minor plaintiff, Hayley Bailey. At this hearing, the court ordered plaintiff to submit a declaration and supplemental briefing before the court would issue an order on the motion.

On June 10, 2010, plaintiff filed a letter to the court requesting that the court extend the deadline for the filing of

1

dispositional papers from July 9, 2010 to September 30, 2010 due to this court's order requiring plaintiffs to file supplemental briefing and evidence and to the logistics of San Joaquin County's disbursement of funds.[1]

For the foregoing reasons, the court ORDERS that the deadline for the filing of dispositional papers in the above captioned case is continued to September 30, 2010.

IT IS SO ORDERED.

DATED:  June 11, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs also indicated that it could take several weeks for Hayley Bailey's therapist to prepare the declaration. If plaintiffs are unable to meet the deadline set forth in this court's prior order, they may request that the court extend the deadline.

2