Michael E. Cardoza, Esq., (SBN 52264)
Jacqueline C. Fagerlin, Esq. (SBN 187732)
THE CARDOZA LAW OFFICES, INC.
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910
email: jfagerlin@cardolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEY BAILEY, a minor; KARI BAILEY, an individual; EDDIE BAILEY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; SHERIFF STEVE MOORE; DEPUTY SHERIFF TERRY BREITMAIER; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:08-CV-00543-LKK-KJM<br><br>**ORDER EXTENDING DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS** |

On June 7, 2010, this Court held a hearing on Plaintiffs' motion to approve the settlement of minor plaintiff, Hayley Bailey. At this hearing, the Court ordered Plaintiffs to submit a declaration and supplemental briefing before the Court would issue an order on the motion.

On June 28, 2010, plaintiff filed a letter to the Court requesting that the Court extend the deadline for Plaintiff to file the requested supplemental evidence and briefing from June 30, 2010 to September 30, 2010, and extend the deadline for the filing of dispositional papers from September 30, 2010 to November 30, 2010. This was due to the logistics of obtaining the requested evidence and briefing from Hayley Bailey's therapist, the Court's order requiring plaintiffs to file supplemental briefing and evidence, and to the timing of San Joaquin County's disbursement of

**[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS**

funds.

Thereafter, Plaintiffs filed the supplemental evidence requested by the Court. On October 14, 2010, the Court issued an order under seal in response to the supplemental evidence submitted to the Court. Based on the October 14, 2010 order, Plaintiffs require additional time to file dispositional documents.

For the foregoing reasons, the Court ORDERS that the deadline for Plaintiffs to file dispositional documents is continued to February 1, 2011.

IT IS SO ORDERED.

Date: November 10, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS
2