Michael E. Cardoza, Esq., (SBN 52264)
Jacqueline C. Fagerlin, Esq. (SBN 187732)
THE CARDOZA LAW OFFICES, INC.
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910
email: jfagerlin@cardolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEY BAILEY, a minor; KARI BAILEY, an individual; EDDIE BAILEY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; SHERIFF STEVE MOORE; DEPUTY SHERIFF TERRY BREITMAIER; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 2:08-CV-00543-LKK-KJM**<br><br>**SECOND AMENDED [PROPOSED] ORDER FOR APPROVAL OF PROPOSED SETTLEMENT FOR MINOR HAYLEY BAILEY**<br><br>Date:   June 7, 2010<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 4, 15th Floor<br>Judge:  The Honorable Lawrence K. Karlton |

Plaintiff Kari Bailey, on behalf of minor and next of friend Hayley Bailey, has petitioned for court approval of a proposed compromise of a disputed claim and a proposed distribution of the proceeds of a settlement for the minor plaintiff Hayley Bailey.

A hearing was held on June 7, 2010, at 10:00 a.m., in Department 4, 15th Floor of the United States District Court, Eastern District of California.

Plaintiff Kari Bailey is a parent of Plaintiff Hayley Bailey. Plaintiff Hayley Bailey is a minor. The action to be compromised is asserted against San Joaquin County, San Joaquin County Sheriff's

Department, Sheriff Steve Moore, and Deputy Sheriff Terry Breitmaier (hereinafter jointly referred to as "the payer").

The Court finds that all notices required by law have been given. The Court, having considered the petition and finding the structured settlement to be in the best interest of Hayley Bailey, HEREBY ORDERS that:

1. The Motion for Approval of Proposed Settlement for Minor Hayley Bailey is granted and the proposed compromise of action and the proposed distribution of the proceeds of the settlement is approved. The gross amount of the settlement in favor of Plaintiff Hayley Bailey is $65,000.00.

2. The payer shall disburse the proceeds of the settlement approved by this order in the following manner:

| | |
|---|---:|
| Attorney's fees in the total amount of: | $19,837.21 |
| Reimbursement for medical expenses to be paid by the minor or the minor's attorney in the total amount of: | $ 218.40 |
| Reimbursement for all other expenses paid by the minor or the minor's attorney in the total amount of: | $5,488.36 |

The balance of the settlement available for claimant after payment of all allowed fees and expenses is $39,456.03.

The payer is hereby ordered to pay to HAYLEY BAILEY the sums outlined below and to sign all appropriate paperwork to achieve a tax-free Structured Settlement as defined under 26 U.S.C.A. 5891(c)(1)(A)&(B):

Periodic payments will be made according to the Schedule as follows (the "Periodic Payments"):

**To HAYLEY BAILEY. Date of Birth: March 19, 2002.**

$9,500.00 on March 19, 2020 (age 18)

$14,500.00 on March 19, 2023 (age 21)

$19,500.00 on March 19, 2027 (age 25)

**SECOND AMENDED [PROPOSED] ORDER FOR APPROVAL OF PROPOSED SETTLEMENT FOR MINOR HAYLEY BAILEY**
2

    $ 38,278.96 on March 19, 2032 (age 30)

    Guaranteed benefit is $ 81,778.96.

    Cost and present value is $39,456.03.

    All sums set forth herein constitute damages on account of personal physical injuries or physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

    It is further ordered that the payer shall have a valid check in the amount of $39,456.03 payable to "Prudential Assigned Services Corporation," delivered to Lesti Structured Settlements 745 Distel Drive, Suite 114, Los Altos, CA 94022 on or before February 14, 2011. The projected annuity purchase date is February 25, 2011. Any delay in funding may result in a delay of the start date of the above periodic payments by an equal number of days or an adjustment of payments without the necessity of an additional order or hearing, so that the final benefits will be listed in the assignment agreement.

    It is further ordered that the payer shall agree to cooperate and shall sign all appropriate paperwork to achieve a Structured Settlement under 26 U.S.C.A. 5891(c)(1)(A)&(B), which includes but is not limited to, entering into a settlement agreement obligating the payer to make the above future Periodic Payments. The payer will then be assigning this obligation via an assignment agreement to Prudential Assigned Services Corporation, which will purchase a structured settlement annuity, to provide these Periodic Payments, from The Prudential Insurance Company of America, which is rated A+ (XV) the highest by the AM Best Company. The Prudential Insurance Company of America will guarantee the performance of Prudential Assigned Services Corporation.

    3.    Within 48 hours of receipt of a check or draft, the attorney's for Hayley Bailey or its agent Lesti Structured Settlement, must invest the check or draft into the structured settlement annuity.

\\\

\\\

\\\

**SECOND AMENDED [PROPOSED] ORDER FOR APPROVAL OF PROPOSED SETTLEMENT FOR MINOR HAYLEY BAILEY**

3

4. The minor Plaintiff Hayley Bailey, by and through her mother and next of friend, Kari Bailey, is authorized to execute settlement documents upon receipt of the full amount of the settlement sum approved by this Order and the investment of funds, the petitioner is authorized and directed to execute and deliver to the payer a full, complete, and final release and discharge of any and all claims and demands of the minor Plaintiff by reason of the incident described in the Motion and the resultant injuries to the minor Plaintiff and the properly executed dismissal with prejudice.

IT IS SO ORDERED.

Date:_____   _____

Honorable Lawrence Karlton
United States District Court,
Eastern District of California