Michael E. Cardoza, Esq., (SBN 52264)
Jacqueline C. Fagerlin, Esq. (SBN 187732)
THE CARDOZA LAW OFFICES, INC.
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910
email: jfagerlin@cardolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEY BAILEY, a minor; KARI BAILEY, an individual; EDDIE BAILEY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; SHERIFF STEVE MOORE; DEPUTY SHERIFF TERRY BREITMAIER; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:08-CV-00543-LKK-KJM<br><br>**ORDER EXTENDING DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS** |

As of today, February 23, 2011, Defendants have not disbursed checks to Medi-cal to satisfy medi-cal's lien in this case and Plaintiffs will not be able to file dispositional documents by the Court's March 1, 2011 deadline.

Good cause showing, the Court ORDERS that the deadline for Plaintiffs to file dispositional documents is continued to April 1, 2011.

IT IS SO ORDERED.

Dated: February 28, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS